IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* THOMAS F. JAMISON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 2:08cv214-SA-DAS |
| MCKESSON CORPORATION; MCKESSON MEDICAL-SURGICAL MEDINET, INC.; GGNSC HOLDINGS, LLC; GOLDEN GATE ANCILLARY, LLC; BEVERLY ENTERPRISES, INC.; CERES STRATEGIES, INC.; and CERES STRATEGIES MEDICAL SERVICES, LLC, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER LIFTING SEAL ON DOCKET REPORT**

THIS CAUSE having come before the Court on the Stipulation of all parties to lift the seal on the docket report for all docket entries prior to October 3, 2008, and the Court, having reviewed the Stipulation, finds that the Stipulation is well taken. Accordingly,

IT IS HEREBY ORDERED that the United States will have one week from the date of this order to review the docket report and make appropriate redactions of entries pertaining to parties not named in its complaint filed on October 3, 2008, after which the seal on the docket report for all docket entries prior to October 3, 2008, as redacted by the United States, shall be lifted.

This 23rd day of April, 2009.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE