IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPIDELTA DIVISION

UNITED STATES OF AMERICA, *ex rel.*,　　　　　Case No. 2:08cv0214-SA-DAS
THOMAS F. JAMISON,

　　　　　　　　　　　　　　　　　　Plaintiffs,

v.

MCKESSON CORPORATION; MCKESSON MEDICAL-
SURGICAL MEDINET, INC.; GGNSC HOLDINGS, LLC;
GOLDEN GATE ANCILLARY, LLC; BEVERLY
ENTERPRISES, INC; CERES STRATEGIES, INC.; and
CERES STRATEGIES MEDICAL SERVICES, LLC,

　　　　　　　　　　　　　　　　　　Defendants.

**STIPULATION REGARDING DISCOVERY
AND ORDER**
_____

　　　　WHEREAS, the Relator, through counsel, sought to take the deposition of the defendants in this case regarding the question of whether the Court has jurisdiction over the Relator's claims;

　　　　WHEREAS, the defendants objected to these depositions, and moved for a protective order on May 21, 2009;

　　　　WHEREAS, the Relator contends that the depositions are necessary because certain of defendants' written discovery responses are inadequate; and

　　　　WHEREAS, the defendants deny that their written responses are inadequate, but are willing to clarify those responses as a compromise to resolve the parties' dispute;.

　　　　NOW THEREFORE, the undersigned parties, by and through their respective counsel, do

hereby stipulate that:

1. The defendants will supplement their responses to the Relator's Requests for Admissions Nos. 1-3, dated April 29, 2009, to explain their bases for denying these Requests. Such supplemental responses will be provided by June 8, 2009. In supplementing their responses, defendants will identify each document that defendants allege constitutes a public disclosure that triggers the jurisdictional bar and that names particular defendants. These supplemental responses may be amended should defendants discover or identify additional such public disclosures following the service of their supplemental responses.

2. The Relator will not take the depositions of any of the defendants during the jurisdictional phase of the case; and

3. Defendants will withdraw their pending motion for protective order.

Dated: June 1, 2009                     KEKER & VAN NEST, LLP


                                        By: */s/ David J. Silbert*
                                            DAVID J. SILBERT
                                            Attorneys for Defendants
                                            MCKESSON CORPORATION and
                                            MCKESSON MEDICAL-SURGICAL MEDINET,
                                            INC.


Dated: June 1, 2009                     U.S. DEPARTMENT OF JUSTICE


                                        By: */s/ Thomas Morris*
                                            THOMAS MORRIS
                                            Attorneys for Plaintiff-Intervenor
                                            UNITED STATES OF AMERICA

| | |
|---|---|
| Dated: June 1, 2009 | PIGOTT REEVES & JOHNSON |

        By: */s/ Cliff Johnson*
           CLIFF JOHNSON
           Attorneys for Plaintiff-Relator
           THOMAS F. JAMISON

| | |
|---|---|
| Dated: June 1, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP |

        By: */s/ Robert S. Salcido*
           ROBERT S. SALCIDO
           Attorneys for Defendants
           GNSC HOLDINGS, LLC; GOLDEN GATE
           ANCILLARY, LLC; BEVERLY ENTERPRISES,
           INC.; CERES STRATEGIES, INC.; and CERES
           STRATEGIES MEDICAL SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| Dated: June 4, 2009 | /s/ David A. Sanders |
| | HON. DAVID A. SANDERS |
| | U. S. MAGISTRATE JUDGE |