**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**
*ex rel,* **THOMAS F. JAMISON**                                                                  **PLAINTIFFS**

**V.**                                                                       **CAUSE NO.: 2:08CV214-SA-DAS**

**MCKESSON CORPORATION, et al.**                                                      **DEFENDANTS**

## ORDER ON MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' Motions to Dismiss [20, 22] are GRANTED IN PART and DENIED IN PART.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the   29th   day of September, 2009.

                                                                                  /s/ Sharion Aycock
                                                                                  **U.S. DISTRICT JUDGE**