IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**UNITED STATES OF AMERICA,**
*ex rel,* **THOMAS F. JAMISON**                       **PLAINTIFFS**

**V.**                        **CAUSE NO.: 2:08CV214-SA-DAS**

**MCKESSON CORPORATION, et al.**                    **DEFENDANTS**

## ORDER ON MOTIONS

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction [62, 65] are GRANTED. Relator's Motion for Partial Summary Judgment [64] is DENIED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  25th  day of March, 2010.

                                                              /s/ Sharion Aycock
                                                              **U.S. DISTRICT JUDGE**