IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**UNITED STATES OF AMERICA,**      **PLAINTIFFS**
ex rel, **THOMAS F. JAMISON**

Civil Action No. 2:08-CV-214-A-S

V.

**MCKESSON CORPORATION;**
**MCKESSON MEDICAL-SURGICAL**
**MEDINET, INC.; GGNSC HOLDINGS, LLC;**
**GOLDEN GATE ANCILLARY, LLC;**
**BEVERLY ENTERPRISES, INC.;**
**CERES STRATEGIES, INC.;**
**and CERES STRATEGIES MEDICAL**
**SERVICES, INC.**      **DEFENDANTS**

## ORDER

This matter is before the court on motion of the plaintiff, United States of America to seal exhibits attached to the United States' memorandum in support of its motion for partial summary judgment (#116). The defendant does not object to this motion, and after considering the motion and record in this case the court finds it to be well taken.

IT IS, THEREFORE, ORDERED that Exhibits 9, 14, 22, 23, 30, 31, and 32 attached to the United States' memorandum in support of its motion for partial summary judgment shall be sealed.

SO ORDERED, this the 7th day of June 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE