IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**UNITED STATES OF AMERICA,**      PLAINTIFFS
ex rel, **THOMAS F. JAMISON**

Civil Action No. 2:08-CV-214-A-S

V.

**MCKESSON CORPORATION;**
**MCKESSON MEDICAL-SURGICAL**
**MEDINET, INC.; GGNSC HOLDINGS, LLC;**
**GOLDEN GATE ANCILLARY, LLC;**
**BEVERLY ENTERPRISES, INC.;**
**CERES STRATEGIES, INC.;**
**and CERES STRATEGIES MEDICAL**
**SERVICES, INC.**      **DEFENDANTS**

## ORDER

This matter is before the court on motion of the plaintiff, United States of America, to seal exhibits attached to the United States' brief in opposition to Beverly Enterprises, Inc.'s cross motion for summary judgment (#157). The defendant does not object to this motion, and after considering the motion and record in this case the court finds it to be well taken.

IT IS, THEREFORE, ORDERED that Exhibits 1,2,3,5,6,7,9,10 and 11 attached to the United States' brief in opposition to Beverly Enterprises, Inc.'s cross motion for summary judgment shall be sealed.

SO ORDERED, this the 27th day of July 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE